UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00011-PMP-RJJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| WADJI WAKED, | ) | |
| Defendant. | ) | |

On March 1, 2011, the Court conducted a hearing regarding the Motion to Quash Subpoenas Duces Tecum (Doc. #32) filed on behalf of the Nevada Department of Motor Vehicles ("DMV"). After hearing argument on the fully briefed motion, the Court directed that counsel for the Parties to this action continue their dialog in an effort to secure the DMV records at issue. The Court thereafter continued the trial of this action on Stipulation of the Parties (Doc. #48).

One month has passed since the hearing on the foregoing motion, and the Court has not been advised that the Parties have had any difficulty in resolving their issues concerning the DMV records in question. As a result, the Court presumes the records production issue has been resolved by the Parties.

**IT IS THEREFORE ORDERED that** the Department of Motor Vehicles Motion to Quash Subpoenas Duces Tecum (Doc. #32) is **GRANTED** without

///

prejudice to Defendant to seek such additional DMV records as may be necessary via an appropriate subpoena duces tecum.

DATED: March 30, 2011.

_____
PHILIP M. PRO
United States District Judge